### Timothy MORRILL

### v.

### Alden GORDON.

Supreme Judicial Court of Maine.

Argued April 30, 1985.

Decided May 28, 1985.

Timothy Morrill (orally), pro se.

Alden Gordon (orally), pro se.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, VIOLETTE, GLASSMAN, and SCOLNIK, JJ.

### MEMORANDUM OF DECISION.

Alden Gordon appeals from a judgment of the Superior Court, Franklin County, that affirmed the judgment of the District Court, Farmington, awarding Timothy Morrill the sum of $590.39 in a small claims action, 14 M.R.S.A. §§ 7481–7485 (Supp. 1984). Our careful review of the record reveals no factual finding that is clearly erroneous, *Harmon v. Emerson*, 425 A.2d 978 (Me.1981) and no error of law affecting the validity of the judgment, *Boothbay Register, Inc. v. Murphy*, 415 A.2d 1079 (Me.1980).

The entry is:

Judgment affirmed.

All concurring.